In the Matter of the Application of MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., and Another, Respondents, v. HENRY BRUCKNER, as President of the Borough of The Bronx, etc., and KESBEC SALES CO., INC., Appellant.— Motion to dismiss appeal granted with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN STERNBACH and Others v. CHATHAM-PHENIX NATIONAL BANK AND TRUST COMPANY and J. E. DAVIDSON's SON CO., INC., and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or before March 13, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES BURNHAM SQUIER v. AUGUSTUS S. HOUGHTON and Others, Impleaded, etc.— Motion to dismiss appeal denied with leave to the appellant to withdraw the record from the files for the purpose of correction by inserting the proper notice of appeal dated January 24, 1928, and recertification or waiver thereof, and to refile the record so corrected without further notice of argument. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AMALIA M. KENKE and Others v. GEORGE WIEMANN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CICINO CIMAGLIA.— Motion to dismiss appeal granted.— Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN SCHENKER and Another v. CILIA REISS, Also Known as CELIA REISS. — Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EINSON-FREEMAN CO., INC., v. UNIVERSAL HANDKERCHIEF MFG. CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SJORDIS OSTREM v. HARRY LEVINE and UNION RAILWAY COMPANY OF NEW YORK CITY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN LAVENDER v. PECHTER BAKING CO., INC., and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA GREGORY, an Infant, etc., v. MARY KEEGAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOLLAR MERCANTILE CORPORATION v. MATTHEW JOHN CORCORAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MODERN MUSIC SHOP, INC., v. CONCORDIA FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID HELLER v. MAX FLEISCHER and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.